**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
|     CHRISTOPHER P COCKRELL | ) | Under Chapter 13 |
| | ) | |
| | ) | |
| | ) | Bk. No: 08-30786 |
|     Debtor(s) | ) | |

### NOTICE OF UNADDRESSED PRE-PETITION CLAIM

**TO ALL PARTIES IN INTEREST:**

   **NOTICE IS HEREBY GIVEN** that the Trustee received a <u>Secured</u> Proof of Claim from <u>ECAST SETTLEMENT CORP</u> filed on <u>August 05, 2008</u>.  As this claim is not addressed in the Debtor(s)' Plan, the Trustee shall not pay this claim nor shall he reserve any monies for the payment of the same until the Debtor(s) file an Amended Plan to address the same.

   Accordingly, the Debtor(s) are hereby given notice that they must take the appropriate action(s) to cure this deficiency and address the instant claim.

   Respectfully submitted on this day, Monday, October 25, 2010.


                                                          **/s/Russell C. Simon**
                                                           RUSSELL C. SIMON
                                                           Chapter 13 Trustee
                                                           33 Bronze Pointe, Suite 110
                                                           Swansea, IL  62226
                                                           Telephone: (618) 277-0086
                                                           Telecopier: (618) 234-0124

RLS

**Certificate of Service**

    I hereby certify that a true and correct copy of the above and foregoing Notice of Unaddressed Pre-Petition Claim has been mailed to the following interested parties who have not been electronically notified on this day, Monday, October 25, 2010, with the correct postage prepaid and deposited in the U.S. Mail in Belleville, IL.

                                                             /s/ Rebecca

CHRISTOPHER P COCKRELL
200 S CLINTON
NEW ATHENS, IL  62264


ECAST SETTLEMENT CORP
P. O. BOX 7247-6971
PHILADELPHIA, PA  19170-6971


HSBC BANK NEVADA NA
BASS & ASSOCIATES PC
3936 E FT LOWELL RD STE 200
TUCSON, AZ  85712